# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANA NEUMANN, INDIVIDUALLY AND ON
BEHALF OF JOSHUA NEUMANN, JUSTIN
NEUMANN AND JESSE NEUMANN

NO. 2019 CW 1505

VERSUS

L&B TRANSPORT, L.L.C., TRAILER
MANAGEMENT INTERNATIONAL, LLC A/K/A
TMI, INC., GERARDO ARREOLA, MILLENNIUM
TRANSPORT UNLIMITED, INC., THE
INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA, ABC INSURANCE COMPANY,
AND DEF INSURANCE COMPANY

JAN 0 6 2020

---

In Re:  L&B Transport, L.L.C., Trailer Management
International, LLC a/k/a TMI, Inc., Gerardo Arreola,
and The Insurance Company of the State of Pennsylvania
and Lexington Insurance Company, applying for
supervisory writs, 22nd Judicial District Court,
Parish of St. Tammany, No. 2014-13640.

---

**BEFORE: WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.** See **Herlitz Construction Co., Inc. v. Hotel
Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per
curiam).

**VGW**
**WJB**

**Guidry, J.**, dissents and would grant the writ application.
I would reverse the portion of the district court's October 30,
2019 judgment granting the Plaintiffs' "Motion *in Limine* and
*Daubert* Motion to Exclude Evidence and Opinions Regarding
Alcohol Testing Results" in part. The district court abused its
discretion in excluding the forensic test results and any
reference thereto. Louisiana Revised Statutes 32:663(C)
provides that issuance of a permit by the Department of Public
Safety and Corrections to a certified laboratory makes all
laboratory forensic test results conducted on a person's blood,
urine, or other bodily substance by a laboratory "valid under
the provisions of this Part, and admissible and competent
evidence of intoxication in any court of law or administrative
hearing." Evidence of such a permit was introduced at the
hearing. Therefore, I find that the issues presented go to the
weight of the evidence rather than its admissibility and can be
adequately explored through cross-examination.

COURT OF APPEAL, FIRST CIRCUIT

*[signature]*

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.